USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 3
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HAL DUNCAN and MARSHA DUNCAN,

                Plaintiffs,

- against -

WELLS FARGO BANK, N.A., et al.,

                Defendants.
------------------------------------X

19 Civ. 3134 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this case indicates that there has been no record of any proceedings or correspondence with the Court since June 14, 2019. At that time the plaintiffs corresponded with the Court stating that they and defendant Wells Fargo Bank, N.A. had agreed to arbitrate this matter consistent with their written arbitration agreement. Accordingly, it is hereby

**ORDERED** that plaintiffs inform the Court, within thirty (30) days of the date of this Order, concerning the status of this action and plaintiffs' contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:     New York, New York
            6 March 2020

                                        VICTOR MARRERO
                                          U.S.D.J.