```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
HAL DUNCAN and MARSHA DUNCAN,          :
                                       :      19 Civ. 3134 (VM)
                      Plaintiffs,      :
                                       :           ORDER
                                       : DISMISSAL WITHOUT PREJUDICE
     - against -                       : FOR FAILURE TO RESPOND TO
                                       : REQUEST FOR STATUS REPORT
                                       :
WELLS FARGO BANK, N.A., et al.,        :
                                       :
                      Defendants.      :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated March 6, 2020, having noted that no correspondence with the Court or other proceedings had been recorded in this action since June 14, 2019, the Court directed that within thirty (30) days, plaintiffs inform the Court concerning the status of this action and whether any further proceedings were contemplated. The Court indicated that in the event no timely response were made to that Order by the date indicated the Court may direct that the action be dismissed and the case closed. A review of the Docket Sheet for the matter indicates that no response to the Court's March 6, 2020 Order has been made to date. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint herein without prejudice and to terminate any pending motions and close this case, provided that within seven (7) days of the date of this Order plaintiffs may, for good cause shown, request reinstatement of the action to the Court's active docket.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 19, 2020

In the event no such timely request is made the case shall be dismissed with prejudice without further notice.

**SO ORDERED.**

Dated:   New York, New York
         19 May 2020

　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　U.S.D.J.